UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARREYROU, et al.              ,

Plaintiff(s),

v.

ANTHROPIC PBC, et al.          ,

Defendant(s).

Case No. 3:25-cv-10897-TSH_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Allison M. Aviki_____, an active member in good standing of the bar of New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Perplexity AI, Inc._____ in the above-entitled action. My local co-counsel in this case is Archis Parasharami_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 321661_____.

1221 6th Ave, New York, NY 10020
_____
MY ADDRESS OF RECORD

+1 212 506 2310
_____
MY TELEPHONE # OF RECORD

AAviki@mayerbrown.com
_____
MY EMAIL ADDRESS OF RECORD

575 Market St #2500, San Francisco, CA 94105
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

+1 415 874 4230
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

AParasharami@mayerbrown.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5532379_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _1/12/2026_____

Allison M. Aviki
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Allison M. Aviki_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _January 13, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California